JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 386 -- IN RE B. F. GOODRICH PASSENGER TIRE ANTITRUST LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 4/9/79 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, CERTIFICATE OF SERVICE, TO TRANSFER UNDER SECTION 1407 -- Defendant B. F. Goodrich Company -- SUGGESTED TRANSFEREE COURT: N. D. CALIFORNIA SUGGESTED TRANSFEREE JUDGE: (cds) |
| 4/20/79 | | APPEARANCES: BERNARD H. MYERS, ESQ. FOR United States, LINDA L. TEDESCHI, ESQ. FOR State of California, GERALD W. PALMER, ESQ. FOR B.F. Goodrich Co., DAVID B. GOLDSTEIN, ESQ. FOR State of Arizona (cds) |
| 4/23/79 | 2 | RESPONSE -- UNITED STATES OF AMERICA -- to Motion to transfer filed by B.F.Goodrich w/cert of service (rew) |
| 4/24/79 | 3 | RESPONSE -- State of California -- w/cert. of serv (cds) |
| 4/24/79 | 4 | RESPONSE -- State of Arizona -- w/cert. of serv. (cds) |
| 5/1/79 | 5 | REPLY BRIEF w/cert. of svc. -- B.F. Goodrich Co. (ea) |
| 5/24/79 | | HEARING ORDER--setting (A-1 thru A-4) for hearing held in Boston, Mass. on 6/22/79. (ea) |
| 6/18/79 | | WAIVERS OF ORAL ARGUMENT for hearing held 6/22/79 in Boston Mass. -- United States of America; B.F. Goodrich, The State of Arizona, and The State of California. (ea) |
| 7/11/79 | | CONSENT OF TRANSFEREE COURT -- assigning litigation to the Honorable William A. Ingram for coordinated or consolidated pretrial proceedings under 28 U.S.C. ## §1407, N.D.Cal. (ea) |
| 7/11/79 | | TRANSFER ORDER -- transferring A-4 for consolidation with A-2 and A-3 in the N. D. Cal., under Judge William A. Ingram for Coordinated or consolidated pretrial proceedings under 28 U.S.C. Section 1407. (ea) |
| 80/01/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-5 The State of Colo. v. B. F. Goodrich Co., C. A. No. 79-1718. Notified involved counsel & judges(ea) |
| 80/01/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-5 The State of Colo. v. B. F. Goodrich Co., D.Colo.,C.A.No. 79-1718-- Notified involved clerks and judges. (ea) |

JPML Form 1

Revised: 8/78

DOCKET NO. 386 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE B. F. GOODRICH PASSENGER TIRE ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/22/79 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/11/79 | TO | | N.D. Cal. | William A. Ingram | |

### Special Transferee Information

DATE CLOSED: 4/29/86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. __386__ -- IN RE B. F. GOODRICH PASSENGER TIRE ANTRUST LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | United States of America v. B. F. Goodrich Company | N.D.Cal. | C78-1785-WAI | | | 12-15-80 | NT |
| A-2 | The State of California, et al. v. B. F. Goodrich Company | N.D.Cal. | C78-2263-WAI | | | Settled per J.S. 4/29/86 | |
| A-3 | Gene Stidham, et al. v. B. F. Goodrich Company | N.D.Cal. | C79-0464 LHB | | | 8/12/80 | |
| A-4 | State of Arizona v. B. F. Goodrich Company | D. Ariz. | 79-149-WPC | 7/11/79 | 79-1841 | Settled per 4/29/86 | |
| B-5 | The State of Colorado v. B. F. Goodrich Co. JAN 10 1980 | D.Colo. Weinshienk | 79-1718 | 1/28/80 | 80-0252 | 10/27/81 | |

July 1984 - 2 ptg.
July 1985 - Same
July 1986 - Closed (2 Dis)

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 386 -- IN RE B. F. GOODRICH PASSENGER TIRE ANITITRUST LITIGATION

---

UNDERLINE UNITED STATES OF AMERICA (A-1)
Bernard H. Meyers, Esquire
Antitrust Division
U. S. Department of Justice
450 Golden Gate Ave. - Box 36046
San Francisco, California 94102

STATE OF CALIFORNIA (A-2)
Linda L. Tedeschi, Esquire
Deputy Attorney General
California Attorney General's Office
6000 State Building
San Francisco, California 94102

GENE STIDHAM, ET AL. (A-3)
W. Robert Morgan, Esquire
Morgan, Zazueta & Morgan
Fifth Floor Paseo Building
210 South First Street
San Jose, California 95113

STATE OF ARIZONA (A-4)
David B. Goldstein, Esquire
Assistant Attorney General
Antitrust Division
126 State Capitol Building
Phoenix, Arizona 85007

THE B. F. GOODRICH COMPANY
Gerald W. Palmer, Esquire
Jones, Day, Reavis & Pogue
One Century Plaza, Suite 3600
2029 Century Park East
Los Angeles, California 90067

THE STATE OF COLORADO (B-5)
William E. Walters, III,
Assistant Attorney General
1525 Sherman St., 3rd Fl.
Denver, Colo. 80203

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 386 -- IN RE B. F. GOODRICH PASSENGER TIRE ANTITRUST LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| B. F. GOODRICH COMPANY | A-1, A-2, A-3, A-4 A-5 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |